IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BEVERLY BYRD,<br><br>  Plaintiff,<br><br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>4:22-CV-0068-HLM-WEJ |

ORDER

This case is before the Court on Plaintiff's Notice of Settlement [11].

Plaintiff filed a Notice of Settlement.  (Docket Entry No. 11.)  Plaintiff indicated that the Parties have settled this case, but that they still need to document and conclude the settlement.  (Id.)  The Court finds that it is appropriate to stay this action and administratively close the case while the Parties finalize their settlement.

ACCORDINGLY, the Court **STAYS** the proceedings in this case pending the Parties' finalization of their settlement.  The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** this action.  Plaintiff may move to reopen this case if the Parties do not manage to finalize the settlement.

IT IS SO ORDERED, this the 7th day of October, 2022.

/s/ Harold L. Murphy
_____
SENIOR UNITED STATES DISTRICT JUDGE