# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| Beverly Byrd, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 4:22-cv-00068-HLM-WEJ |
| v. ) | |
| ) | |
| Healthcare Revenue Recovery ) | |
| Group, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Beverly Byrd, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Healthcare Revenue Recovery Group, LLC, in this case. As indicated by the signature of its counsel below, Healthcare Revenue Recovery Group, LLC, stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 27th day of December, 2022.

*[Signatures Appear on Following Page]*

1

| **BERRY & ASSOCIATES** | **SHEPARD, SMITH, KOHLMYER & HAND, P.A.** |
|---|---|
| */s/ Matthew Berry* | */s/Ernest H. Kohlmyer, III* |
| Matthew Berry, GA Bar No.: 055663 | Ernest H. Kohlmyer, III |
| matt@mattberry.com | Georgia Bar No.: 427760 |
| Telephone: (404) 235-3334 | Florida Bar No.: 0101108 |
| | SKohlmyer@Shepardfirm.com |
| 2751 Buford Highway, Suite 600 | Telephone: (407) 622-1772 |
| Atlanta, GA 30324 | Facsimile (407) 622-1884 |
| | 2300 Maitland Center Parkway, Suite 100 Maitland, Florida 33751 |
| *Counsel for Plaintiff* | |
| | *Counsel for HRRG* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
mberry@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305

*Counsel for Plaintiff*